| | |
|---|---|
| 1 | BANNING MICKLOW & BULL LLP |
| | Edward M. Bull, III, State Bar No. 141996 |
| 2 | Eugene A. Brodsky, State Bar No. 36691 |
| | Jennifer L. Fiore, State Bar No. 203618 |
| 3 | One Market, Steuart Tower, Suite 1440 |
| | San Francisco, California 94105-1528 |
| 4 | Telephone:  (415) 399-9191 |
| | Facsimile:   (415) 399-9192 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | RAMONA GAYTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMONA GAYTON, | ) | Civ. C 05-02272 MHP (JL) |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| | ) | **GRANTING PLAINTIFF'S** |
| vs. | ) | **REQUEST ALLOWING HER** |
| | ) | **TO APPEAR AND BE** |
| THE UNITED STATES OF AMERICA, | ) | **AVAILABLE BY** |
| | ) | **TELEPHONE FOR THE** |
| | ) | **SETTLEMENT** |
| Defendant. | ) | **CONFERENCE** |
| | ) | |
| | | Date:   May 2, 2006 |
| | | Time:  10:00 a.m. |
| | | The Hon. James Larson |
| | | 15th Floor |

Plaintiff, Ramona Gayton, has submitted a confidential, written request to the Honorable James Larson, requesting that she be allowed to appear and be available at the settlement conference by telephone. Good cause appearing, it is hereby ordered that Ms. Gayton is excused from having to personally appear at the settlement conference and is allowed to appear by telephone. Ms. Gayton shall make herself available by telephone starting at 10:00 a.m. and continuing until the conference has concluded.

DATED: __4-27__, 2006            _/s/ James Larson_
                                 THE HONORABLE JAMES LARSON
                                 UNITED STATES MAGISTRATE JUDGE

1

Order Granting Plaintiff's Request Allowing Her to Appear
and Be Available by Telephone at the Settlement Conference            [Case No. Civ. 05-02272 MHP (JL)]