<div style="sidebar">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10
11  RAMONA GAYTON,                              No. C 05-2272  MHP
12              Plaintiff(s),                   **ORDER**
                                                **(Ninety-Day Conditional Dismissal)**
13      v.
14  UNITED STATES OF AMERICA et al,
15              Defendant(s).
16  _____/
17      The parties hereto, by their counsel, having advised the Court that they have agreed to a
18  settlement of this action.
19          IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided,
20  however, that if any party hereto shall certify to this Court, with a proof of service of a copy on
21  opposing counsel, within 90 days from the date hereof, that the agreed consideration for the
22  settlement has not been delivered over, this Order shall stand vacated, and the action shall be
23  restored to the calendar to be set for trial.
24
25
26  Dated: May 4, 2006                          _____
                                                MARILYN HALL PATEL
                                                United States District Court Judge
27
28